UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| SUSAN CARD<br><br>   Plaintiff,<br><br>V.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | CIVIL ACTION<br>NO. 5:15-CV-139-KKC<br><br><br><u>**JUDGMENT**</u> |

*** *** ***

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES** as follows:

(1) Defendant Principle's Motion for Summary Judgment, (DE 71), is **GRANTED**;

(2) Plaintiff Card's Motion for Summary Judgment, (DE 68), is **DENIED**;

(3) This Judgment is **FINAL** and **APPEALABLE**; and

(4) This matter is **STRICKEN** from the active docket of the Court.

Dated September 11, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1